# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JACOB MITCHELL,<br><br>   Plaintiff<br><br>v.<br><br>THE WEATHER CHANNEL, LLC,<br><br>   Defendant | CIVIL ACTION FILE NO.<br><br>1:16-CV-00505-CAP |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on a Joint Motion for Approval of Settlement. The Court finds that Plaintiff's claims include bona fide disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Upon review of the proposed Settlement Agreement and Mutual Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

   1.   The Parties' Joint Motion for Approval of Settlement is **GRANTED**.

   2.   The Parties' Settlement Agreement and Mutual Release is **APPROVED**.

This __8th__ day of __AUGUST__, 20__16__.

/s/CHARLES A. PANNELL, JR.
_____

Charles A. Pannell, Jr.
United States District Judge